No. 3,965.—STATE EX REL. MORGAN GRIFFITHS, APPEL-
LANT, *v.* MAYOR AND COUNCIL OF CITY OF BUTTE,
RESPONDENTS.

*Appeal from District Court, Silver Bow County; Jeremiah J. Lynch, Judge.*

Decided January 3, 1917.

PER CURIAM.—Appellant's motion for leave to dismiss the appeal herein without prejudice is this day granted, and the appeal is accordingly dismissed.

*Mr. William E. Carroll,* for Appellant.

*Messrs. J. V. Dwyer, John A. Groeneveld* and *N. A. Rotering,* for Respondents.